VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs*
*Christopher Hegner and Leslie Hegner*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| CHRISTOPHER HEGNER and LESLIE HEGNER,<br><br>Plaintiffs,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>Defendants. | Case No.:   2:17-cv-00525-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 10 |

All parties hereby stipulate and request that the court enter an order extending Plaintiffs' time to file their responsive pleading to Defendants' Motion to Dismiss the above-caption matter from March 30, 2017 to April 3, 2017.  Good cause exists for this request.

Plaintiffs' counsel has filed 11 different lawsuits against the Defendants in this district over the past several months, and Defendants have filed a Motion to Dismiss in five of those lawsuits. The responses to the Motion to Dismiss on three out of the said five lawsuits, including the Plaintiffs' response to the Motion to Dismiss filed in the above-referenced caption are due between March 30, 2017 and April 3, 2017.

Counsel for the Plaintiffs has been attending to his younger son who has been ill in the past few days, and therefore, counsel has been unable to attend to and respond to Defendants' Motion to Dismiss before the due date of March 30, 2017 in the above-referenced caption.  In addition, new counsel for the Defendants has appeared, and are discussing alternatives and hope to stipulate to

some form of consolidation and/or relation of the case.

In this regard, the parties are in agreement that the deadline for Plaintiffs to file their Response to the Defendants' Motion to Dismiss in the above-captioned case shall be extended from March 30, 2016 to April 3, 2017.

The extension is requested by the Plaintiffs to allow their counsel sufficient time to review the Defendants' Motion to Dismiss, gather the necessary information to prepare a response on Plaintiffs' behalf and to respond to all of Defendants' Motion To Dismiss by April 3, 2017. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 30th day of March, 2017 | DATED this 30th day of March, 2017 |
| THE LAW OFFICE OF VERNON NELSON | LINCOLN GUSTAFSON & CERCOS, LLP |
| By:     /s/  *Vernon Nelson* | By: /s/ *Shannon G. Splaine* |
| VERNON NELSON, ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Avenue, Suite 244<br>Las Vegas, NV   89123<br>Tel:  702-476-2500<br>Fax:  702-476-2788<br>E-Mail:  vnelson@nelsonlawfirmlv.com<br>*Attorney for Plaintiffs* | Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>3960 H. Hughes Pkwy, Suite 200<br>Las Vegas NV 89169<br>Tel:  702-225-1997<br>Fax:  702.257-2203<br>Email:  ssplaine@lgclawoffice.com<br>*Attorneys for Defendants, Aargon Agency, Inc. aka Aargon Collection Agency; Armand Fried* |

**ORDER**

IT IS SO ORDERED.

_____
Jennifer Dorsey, U.S. District Judge
March 31, 2017