SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-22023
ssplaine@lgclawoffice.com

Attorneys for Defendants,
Aargon Agency, Inc. (incorrectly named as
Aargon Collection Agency) and Armand Fried

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HEGNER and LESLIE HEGNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED<br><br>Defendants. | Case No.: 2:17-cv-00525-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

All parties hereby stipulate and request that the court enter an order extending Defendants' time to file its Reply in support of its Motion to Dismiss the above-captioned matter from April 10, 2017 to April 13, 2017. Good cause exists for this request.

On April 3, 2017, Plaintiff filed her Opposition to Defendants' Motion to Dismiss. (ECF #13) On April 6, 2017, Plaintiff's counsel informed Defendants that he inadvertently omitted his declaration from the April 3, 2017 filing and that he would be filing it on April 6, 2017. (*See* Declaration of Vernon Nelson re: Response to Motion, ECF #14.)

///

///

In this regard, the parties are in agreement that the deadline for Defendants' to file their Reply in Support of their Motion to Dismiss in the above-captioned case shall be extended three days from April 10, 2017 to April 13, 2017.

The extension is requested by Defendants' counsel to allow sufficient time for Defendants to review the omitted declarations and properly respond to Plaintiff's Response to Defendants' Motion to Dismiss. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

DATED this 7th day of April, 2017

THE LAW OFFICE OF VERNON NELSON

By: /s/ *Vernon Nelson*
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff*

DATED this 7th day of April, 2017

LINCOLN GUSTAFSON & CERCOS, LLP

By: /s/ *Shannon G. Splaine*
SHANNON G. SPLAINE, ESQ
Nevada Bar No. 8241
3960 H. Hughes Pkwy, Suite 200
Las Vegas NV 89169
Tel: 702-225-1997
Fax: 702-257-2203
Email: ssplaine@lgclawoffice.com
Attorneys for Defendants, Aargon Agency, Inc. (incorrectly named as Aargon Collection Agency) and Armand Fried

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 10, 2017.